IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| CASEY NELSON, #1515707 | § | |
| VS. | § | CIVIL ACTION NO. 4:11cv155 |
| DIRECTOR, TDCJ-CID | § | |

ORDER OF DISMISSAL

Petitioner Casey Nelson, an inmate confined in the Texas prison system, proceeding *pro se*, filed this petition for a writ of habeas corpus challenging his conviction pursuant to 28 U.S.C. § 2254. The cause of action was referred to United States Magistrate Judge Amos L. Mazzant, who issued a Report and Recommendation concluding that the petition lacked merit and should be denied. Nelson filed a notice of appeal, which has been construed as objections (docket entry #17).

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Nelson to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and Nelson's objections are without merit. It is specifically noted that Nelson's objections did nothing more than to restate his grounds for relief. He did not show that the findings and conclusions of the Magistrate Judge were erroneous. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the petition for a writ of habeas corpus is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions not previously ruled on are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **15** day of **May, 2013.**

_____
Ron Clark, United States District Judge